# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**OSCAR HERNANDEZ,**

      **Plaintiff,**

**v.**                                             Case No:   **6:14-cv-182-Orl-22TBS**

**CANTOR GRANITE DESING, LLC and**
**JUAN R. CEVALLOS,**

      **Defendants.**

## ORDER

This cause is before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 21) filed on June 9, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. The Motion is deficient for the reasons identified in the R&R. Additionally, the supporting affidavit is executed by Plaintiff's counsel, upon information and belief, rather than by Plaintiff. Absent some explanation, the Court cannot conceive how Plaintiff's counsel can serve as a witness regarding the amount of wages owed to the Plaintiff. The Motion is deficient for this additional reason.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 17, 2014 (Doc. No. 23), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

  2. The Plaintiff's Motion for Default Judgment (Doc. No. 21), filed on June 9, 2014, is hereby DENIED.

  3. Plaintiff shall file a properly-supported amended motion for default judgment on or before August 1, 2014.

  **DONE** and **ORDERED** in Orlando, Florida on July 18, 2014.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
Magistrate Judge Smith