# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**OSCAR HERNANDEZ,**

      **Plaintiff,**

v.                                                             Case No:   6:14-cv-182-Orl-22TBS

**CANTOR GRANITE DESING, LLC and**
**JUAN R. CEVALLOS,**

      **Defendants.**

___

### ORDER

This cause is before the Court on Plaintiff's Amended Motion for Default Judgment (Doc. No. 25) filed on July 31, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 10, 2014 (Doc. No. 28), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff's Amended Motion for Default Judgment is hereby GRANTED in part and DENIED in part.

3. The Clerk is directed to enter a Final Default Judgment providing that Plaintiff, OSCAR HERNANDEZ, recover of the Defendants, CANTOR GRANITE DESING, LLC and JUAN R. CEVALLOS, jointly and severally, the sum of $1,920.00 for wages and liquidated

damages, $70.00 for costs, and $3,610.00 for attorneys' fees, for a total amount due of $5,600.00.

       4.       The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on September 30, 2014.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties